## IN THE MATTER OF JAIRUS BALDWIN

PAPERS IN FILE (1824): (1) Petition for habeas corpus, allowance, precipe for writ; (2) writ of habeas corpus, return, decision.

## IN THE MATTER OF JAMES FULTON

PAPERS IN FILE (1824): (1) Petition for habeas corpus, allowance; (2) writ of habeas corpus and return; (3) certificate of clerk of county court; (4) decision, opinion.